THE PEOPLE OF THE STATE OF NEW YORK v. FREDDIE CARROLL, Alias FRED MORRIS.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALEXANDER M. FALK.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD HILL.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PAUL KELLEY.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PABLO MENDEZ.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PEDRO SERRA and SILVERIO SERRA.— Motion to dismiss appeals granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.